UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No. M-26-MJ-30053-M<br>(M-26-0331) |
| ALISSON DANIELA CARRILLO-LARIOS | § | |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about January 11, 2026, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ALISSON DANIELA CARRILLO-LARIOS**

an alien, did knowingly and willfully enter the United States at a place other than as designated by immigration officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
EUGENE O'HALLORAN
ASSISTANT UNITED STATES ATTORNEY